

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-16-00768-CV

Jana Lee **FLANAGAN** and Lucas Matthew Flanagan,
Appellants

v.

**RBD SAN ANTONIO L.P.**, Davidson Hotel Company, LLC and G4S Secure Solutions (USA), Inc.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18601
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Patricia O. Alvarez, Justice

The panel has considered the appellants' motion for rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court